SCOTT J. FERRELL, Bar No. 202091
sferrell@trialnewport.com
DAVID W. REID, Bar No. 267382
dreid@trialnewport.com
VICTORIA C. KNOWLES, Bar No. 277231
vknowles@trialnewport.com
NEWPORT TRIAL GROUP
A Professional Corporation
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92060
Telephone:  949.706.6464
Facsimile:   949.706.6469

Attorneys for Plaintiff
STRATALUZ, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATALUZ, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NIP + FAB LIMITED, a United Kingdom limited company; ULTA SALON, COSMETICS & FRAGRANCE, INC. a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  8:15-cv-00749-JVS-DFM<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Filed: May 12, 2015 |

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Strataluz, LLC voluntarily dismisses the above-captioned action with prejudice.  Each party shall bear its own fees and costs.

Dated:  August 6, 2015               NEWPORT TRIAL GROUP


                                     By: */s/ Scott J. Ferrell*
                                         Scott J. Ferrell
                                         Attorney for Plaintiff Strataluz, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2015, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

  */s/  Scott J. Ferrell, Esq.*
  Scott J. Ferrell, Esq.